# Court of Appeals
# of the State of Georgia

ATLANTA,   May 16, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0357.  MARYBETH S. BERINGER v. JIMMY R. EMORY, JR.**

Marybeth Beringer and Jimmy Emory, Jr. divorced in 2005.  Emory filed a petition for contempt based on Beringer's violation of the divorce decree.  The trial court ruled in Emory's favor, and Beringer applied for discretionary appeal. See Case No. A13D0114.  We granted her application pursuant to OCGA § 5-6-35 (j), because orders in child custody cases are subject to direct appeal.  See OCGA § 5-6-34 (a) (11).  After her application was granted, Beringer filed a notice of appeal and the case was docketed as A13A1031.  In the course of that appeal, Beringer asked us to compel the production of a hearing transcript.  Because it was unclear whether Beringer was entitled to a copy of that transcript, we remanded the case to the trial court for a ruling on that issue.  See Case No. A13A1031, Order of Feb. 13, 2013. On remand, the trial court issued an order ruling that Beringer is not entitled to the transcript.  Beringer then filed this application for discretionary appeal.

The trial court's latest order is, like its previous orders, subject to direct appeal as an order in a child custody case.  See OCGA § 5-6-34 (a) (11).  Accordingly, this application is hereby GRANTED pursuant to OCGA § 5-6-35 (j).  See OCGA § 5-6-34 (a) (11).  Beringer shall have ten days from the date of this order to file a notice of appeal with the trial court, if she has not already done so.  See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/16/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*